```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021
```



**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**PETER W. BROCKER**
*Assistant Corporation Counsel*
Phone: (212) 356-2332
Fax: (212) 356-3509
Email: pbrocker@law.nyc.gov

May 6, 2021

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Alexander Williams, Jr. v. City of New York, et al.,
           21 Civ. 1083 (JPC) (KHP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendant the City of New York (the "City") in the above-referenced matter. I write to respectfully request that Your Honor adjourn the initial conference in this matter, currently scheduled for May 10, 2021 at 12:00 p.m., *sine die* pending resolution by the Honorable John P. Cronan of the City's motion to stay and review the Complaint for, *inter alia*, frivolous claims.

    By way of brief background, on April 30, 2021, the City moved Judge Cronan for review of the Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A as plaintiff's allegations against many of the individual defendants are facially frivolous, malicious, or fail to state a claim on which relief may be granted. (See Dkt. No. 40). Additionally, the City requested that the Court stay all deadlines in this matter pending its review of the Amended Complaint.[1] (Id.) In the alternative, the City requested an enlargement of time to answer, move, or otherwise respond to plaintiff's Amended Complaint on behalf of the individual defendants so as to allow the requisite time for this Office to conduct the necessary investigations prior to making representation determinations. (Id.)

    To date, Judge Cronan has not yet ruled on defendant's April 30, 2021 request. However, since any discovery schedule in this matter may be mooted by the Court's ruling on the City's

---

[1] Defendant also sought an adjournment of the initial conference in that motion, but failed to direct it to Your Honor.

motion, the City respectfully requests that Your Honor adjourn the initial conference, currently scheduled for May 10, 2021 at 12:00 p.m., *sine die* pending resolution of the motion before Judge Cronan.

Thank you for your consideration of the matters herein.

Respectfully submitted,

*Peter W. Brocker /s//*
Peter W. Brocker, Esq.
*Assistant Corporation Counsel*

cc: **VIA FIRST-CLASS MAIL**
Alexander Williams, Jr. (B&C No. 1411801632)
*Plaintiff Pro Se*
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

**Application Denied**
The May 10, 2021 conference will proceed as scheduled. The parties are directed to call the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

**The Court respectfully requests that the Clerk of Court mail a copy of this Order to the pro se Plaintiff.**

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
Date: May 7, 2021