UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.,

      Plaintiff,

-against-

CITY OF NEW YORK et al.,

      Defendants.

1:21-CV-1083 (JPC) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      This court recently received a letter from the Plaintiff in the above-captioned case. (ECF No. 51.) The letter suggests that Plaintiff intends to hire a medical expert to review his medical files. Further, Plaintiff requests that the Court set aside funds to pay the expert witness's fees in light of Plaintiff's IFP status (his status as a poor person under the law).

      It is well-held in this Circuit that "federal courts are not authorized to waive or pay witness fees on behalf of an *in forma pauperis* litigant." *Malik v. Lavalley*, 994 F.2d 90 (2d Cir. 1993) (collecting cases). Therefore, Plaintiff's request is denied. **The Court respectfully requests that the Clerk of Court mail a copy of this order to Plaintiff.**

Dated: June 4, 2021
      New York, New York

      **SO ORDERED**.

      *[signature: Katharine H. Parker]*
      _____
      **KATHARINE H. PARKER**
      **United States Magistrate Judge**