UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.

                Plaintiff,

- against -

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

21 Civ. 1083  (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 27, 2021, Plaintiff filed the Second Amended Complaint.  (Dkt. No. 36)

        On May 10, 2021, Magistrate Judge Parker issued an order providing as follows:

> The Court will accept Plaintiff's Second Amended Complaint as the Operative Complaint.  No further amendments will be permitted.  No further joinder of parties will be permitted.  The Court will review the Second Amended Complaint per Section 1915.  **The Defendants['] time to respond or otherwise move with respect to the Second Amended Complaint is extended to 30 days after the Court's decision on its Section 1915 review**.  Discovery is stayed pending the Court's Section 1915 review.

(Dkt. No. 47) (emphasis added)  Magistrate Judge Parker's decision remains pending.

        On July 9, 2021, Defendant moved for default judgment as to all Defendants.

(Dkt. Nos. 55-56)  However, because Magistrate Judge Parker has not issued a decision on her Section 1915 review of the Second Amended Complaint, the time for Defendants to respond to the Second Amended Complaint has not expired.

        Accordingly, Defendant's motion for default judgment (Dkt. No. 55) is denied.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: New York, New York
       July 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge