UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ALEXANDER WILLIAMS, JR.,

                              Plaintiff,

        -against-                                     **ORDER**

CITY OF NEW YORK, et al.,                     21-CV-1083 (PGG) (KHP)

                              Defendants.
---------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

After the Court's careful review of Plaintiff's Second Amended Complaint (ECF No. 36) and pursuant to Federal Rules of Civil Procedure Rule 21, the Clerk of Court is respectfully ordered to terminate Defendants "DR Blackmore", "Health and Hospital", and "Roman Trojanowski" as duplicative of existing or previously terminated defendants. The Clerk of Court is also requested to edit the spelling of the following Defendants' names as provided by Defendants in their submissions:

- ADW Loius to ADW Louis
- Captain Merverich to Captain Merenych
- CO Sholink to CO Shoclink

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

    **SO ORDERED.**

Dated: New York, New York
       August 5, 2022

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2022