UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK -----X   RECEIVED
ALEXANDER WILLIAMS JR                      SDNY PRO SE OFFICE

                    PLAINTIFF(S) 2022 AUG 22   PM 3: 34                 PLAINTIFF'S RESPONSE
                                                                        OPPOSING COURT AUG 05,22
                                                                        RECOMENDATION
        -AGAINST-

CITY OF NEW YORK ET AL.,                                                INDEX NUMBER 21-CV-1083

                         DEFENDANT(S)
------------------------------------X


On August 15, 202 the plaintiff recived a copy of the Courts Report
and Recomendatioon in regards to his SAC under court docket number 21-CV-
1083.

        For the reason stated below the Plaintiff opposes the Courts
ruling in apsects to certain dismissal claims.

        The plaintiff would like to first display that his objections
are by no means a sign of disrespect for the Magistrate Judhe Katharine
H. Parker's recommendations.

        In the areas of where the Judge recommedated the plaintiff's
claim be dismissed where all based on the Courts reasoning and beliefth
that the defendnat's CITY by way of DOC had a right to create CLO 270.20
in the intrest of addresing the safeyt and conerns of the institution and
applying it in addressing the plaintiff's Supreme Court Lockd Down Order.

        The areas that the plaintiff is speaking in regards to are as
followed: " DENIALS & LIMITATION OF PHONE CALLS TO ATTORNEYS", "DENAIL
OF LAW LIBRARY ACCESS, REMOVAL OF LEGAL PAPERS AND HANDLING OF LEGAL MAIL",
"DENAIL OF SHOWERS, RECRAETIONAL EQUIPOMENT AND REQUEST TO CLEAN HIS CEWLL",
CONDITIONS OF CONFINEMENT", ", "LACK OF MEDICAL PRIVACY", COMMUNICATION
WITH COUNSEL/ACCESS TO COURT", "VIDEO COURT APPEARENCE", "FIFTH AMENDMENT
RIGHT AGAINST SELF-INCRIMINATION", EXCESSIVE FORCE FROM HANDCUFF AND ENHANCE
RESTRAINTS",  (any area of complaint where Judge sided with CLO 370.20)

The plaintiff respects and understands that the facility has a right to create such CLO's and polcies the arguement that was made in his SAC  was that the CLO was created Fraudulently, and this is something that the Court noted themself on Page 3 in the Footnote maked as footnote #3.

The plaintiff wontinued to pry and enage in litoigation in regards to CLO 370.20 well after the filing of his SAC and as he filed a Art 78 pursuant to the Civil Practice Law and Rule regarding a foil denial in whihc he requested from New York City Department Of Correction Records Acces Officer an Official copy of Command Level order 370.20 the respond that he was given supports that the document was and is a fraudulent document:

RESPONSE: A THOROUGH AND DILIGENT SEARCH WAS CONDUCTED AND THERE ARE NO RESPONSIVE DOCUMENTS.

This response explains and directly address the matter in relations to fraudulent polcies. See Ex -A herein

It is the plaintiff opinion that the Court should view the defendats arguement as being made in "BAD FAITH" where as defense counsel should have known whether such a polciy was and/or is real or properly created.

It is also the plaintiff's opinion that the need not view his SAC in the scope of whether DOC has a right to utlize polcies such as CLO 370.20 when addressing the saftye of the institution but rather did the defendant in this matter have a "RIGHT " to utlize this specific CLO 370.20 when it is found to not be a official "Command Level Order" that is filed with the defendnats "CITY" within the OPEC Documents system of NYC Department of Corrections.

If the Court reaches its conclusion that CLO 370.20 is fraudulent after examining Ex. _ A herein then the Court must than revise its recommendations to agreeing that any hardship or act that was adverse to the plaintiff

that was pointed out in his SAC that was tied to CLO 370.20 must survive the defendnats motion to Dimiss whereas the plaintiff should not have be constrains by anything listed within the fraudulent document.

This arguement specifically affects that Courts Reccommendation in regards to the defendnats "CITY" being liable and negligent in its Hiring, Retention, Training and supervison of all of the defendnats named within the SAC because of the fact that those defendnats were not able to determine that said document CLO 370.20 was frauduelent in natuure and unoficially being implemneted against the plaintiff.

Every housing unit within the facility GRVC where the plaintiff is detained and where the allegation of the SAC occured is attached to a Bubble command post where each defendnat named had the opportunity of simply walking into the bubble and checking the DOC OPEC document system to see if CLO 370.20 was an official polciy within DOC as a whole.

The fact that each and every defendnat failed to do so display the exact neligience in tha training that they recived from Defendnat "CITY" in regards to training and supervison that they recived.

## DENIAL TO LAW LIBRARY:

It seems that the Court by way of its Recommendation concrued the plaintiff SAc in regards to the denail of the law library as him arguing that the defendnats fail to follow the BOC recommewndation in regards to allowing him access.

The plaintiff was clear and percise and explaining that (1) not only was the defendnat CITY by way of DOC and the actual defendants named violating his rights by restricting acess from the Law Librarywhen the ADA Enerst Chin clarifioed that the Court Order did not Restrict the plaintriff

but, (2) that the plaintiff was being denaied access to law library punitively in an adverse manner because of his greiavnces and constant litigation against the defendnat "CITY".

It is clear by way of the vase amount of documentation supporting this claimthat the defendants denied the plaintiff access to the law library as a form of "SLOWING HINM DOWN" from being able to research matters of the law which affects both his criminal and Civil ongoing matters.

The plaintiff presented letters and emails from both of his defense attroney's supporting that this denial was affecting how they marshal the defense in hios criminal case.

Without displaying the facts of his criminal matter, the plaintiff is detained and awaiting trial on a cold case murder from over a decade ago. Though the plaintiff is represented by counsel the Court must recognize that said counsel ultimately are employees of the plaintiff whoihc menas that they take their orders in regards to defense stroties and tatics from the plaintiff.

With this understanding it is obvious that denial from legal research canand did affect the plaintiff defense tactics and in criminal and civil cases inclduing the instance case of 21-CV-1083 whereas right now the plaintiff is responding to the Coutrts Recommendation without being able to use Lexis Nexis Kiosk to research case law in efforts of boosting his support in his objections of the Courts reprot and Recommendation.

The Court recommendation to dismiss law library claims are indicitive to stating that once any "PERSON[S] hires an attorney that that person no longer has  the right to continue research in legal matters of their case.

The defendnats' fail to argue any penological reason on why the plaintiff wa and stil lis being denied access to the facility law library after the plaintiff argued that he had ben classified as a Court order Lockdown inmate for over thre (3) years now and when in MDC Jan 2019 - Nov 2020 the plaintiff attenedd the facility Law library while being a court order lockdown inmate.

Instead the defendnats stand solely on the arguement of the Command Level order 370.20 as their reasoning, whihc is something that the plaintiff has already addressed earlier on herein this "OBJECTION".

## DENIAL OF PRODUCTION TO MEDICAL APPOINTMENTS:

The plaintiff pointed out in his SAC the fact that he was reestricted from the facility clinic area for medical and mental health appointments.

The plaintiff woukld like to bring to the Courts attention that Just this month Bronx County Justice Elizabeth S. Taylor fined DOC ordering that every  inmate regardsless of their classification that missed medical appointments are to be given $100 for each medical appointments due to DOC staff bot producing.

The plaintiff has missed over 250 medical appointmenst since being transffered to GRVC that is listed within his medical records as non-produced by DOC staff and the Reason: being not listed. PLEASE NOTE THAT THE PLAINTIFF IS UNABLE TO ADD COPIES OF HIS MEDICAL RECORDS TO THIS OJECTION BECAUSE THE FACILITY LAW LIBRARY IS CURRENTLY OUT OF (1) PAPER , (2) PRINTING INK AND (3) THE PLAINTIFF HAS BEEN BEING DENIED BY WAY OF RETALIATION DUE TO THIS CLAIM AND A BOOK THAT HE RECENTLYPUBLISHED IN REGARDS TO THE TREATMENT THAT HE HAS BEEN RECIEVING AT grvc, TITLED "THE TRUE UNTOLD STORY OF NEW YORK CITY'S  NOTORIOUS RIKERS ISLAND, EX. -B herein are copies

grievance complaints that were filed to support this claim . Please Note:
THAT EX. -B COMPLAINTS ALSO SUPPORT AND BOOST THE PLAINTIFF LAW LIBRARY
DENAIL ORJECTION LEGAL AREGUMENT MADE HEREIN.

  Again upon reasonable thinking it can be concrued that the plaintiff
was denied access to evey medical appointment only because CLO 370.20 states
that for no reason will a court ordereerd lockdown inmate such as the plaintiff
will be alloweed to the facility clinic area for no reason with the only
exception being  an accute emergency.

  The plaintiff has displayed that the CLO 370.20 was fraudulently
created and implemented, but futher more the defendnat "CITY" own poplciy
states that correctional personnel shall never cause of delay or prohibit
an inmate from medical for any reason nor shall they make and medical decison,
such as the one made in CLO 370.20

PERSONAL INVOLVEMNET:

  The plaintiff ojects to the dismissal of the complaint against
defendnat Hedi Grossman Hazel Jennings and Jean Renee for the reason[s]
stated below:

  Defendnats Hedi Grossman and Hazel Jenings where both placed
on notice about the implication that the CLO 370.20 had in regards to legal
liablity on Oct 26, 2020 when the New York city Board of correction director
of Polciy and communication Bennet stein issued his report and recommendation
in regards to the plaintiff denail to the facility law library.

  In this recommendation Mr Bennte Stein Clearly state that thought
the other matters were not the matter of his grieance response , he took

6

the time and created a (4) four recommendation that listed every which way that the CLO consist and duplicate to CLO 370.20 vilated speifcally the plaintiff rights and stated that "THOUGH DOC MUST ADDRES THE RESTISTIONS LISTED WITHIN THE PLAINTIFF SUPREME COURT  LOCKDWON ORDER THAT DOC MUST STILL DO SO WITHIN A CERTAIN BOUNDRY",

The last page of this Recommendation which the plaintiff submitted within his SAc as an exhibit listed defendants Hedi Grossman and Hazel jennings as reciving a copy of it.

This mean that those defendants had personal knowldge of the complications that any CLO duplicated to CLO 370.20 and they ignored those legal liablities complications.

Defendnat Heid grossman was placed on notice again when she was contacted directly by the plaintiff's defens counsel Julie A. Clark in regards to the same liability issues and as an attoreny that passed the New York State Bar defendnat Hedi Grossman had an legal obluigation to ensure that all matters of the Law is followed and obligiued by.

As far as the personal involvement of Defendnat Jean Renne the court must first understand the process of the Grievance system that is used in new york city department of corrections.

Whenever there exist a matter that the OCGS staff can not address said matter is followed to the facility warden for investigation purposes.

There is a copy of a grievance for every allegation that the plaintiff made that was forwarded to the defendnat Jean Renee for investigating and this defendnat failed in his duty to investigate and address the plaintiffs complaint.

though the Plaintiff never alleged in his SAC as a cuase of action that defendnat Jean Renne failed in some area, the graivences filed by the plaintiff must be concured by the court as being giving "NOTICE"

to the defendnat Jean Renne who as the warden of the facility duty is to
ensure that the detainees unde his care rights are not violated in a manner
consistant with those that teh Court  recommendated that the plaintiff
should not have dimissed by arguements made by the defendants.

As in regards to defendants Stukes and Scott the plaintiff agre
with the courts recommedantion of dismissal of the claims against them.

## CONCLUSION:

As an detainee it is not the responisbility  of the plaintiff
to ensure that the City of New York who is named as a defenant herein and
its servants many who are also named as defendnats herein his SAc conduct
themselve in a manner consist with not violating the rights of the detainees
under their custody.

The plaintiff is aware that their must be ppolcies and rules
designed to use a guide when addressing how to house and treatement all
clssification of  inmates housed inside opf city jails, but those policies
must also be created and filed in a manner that is consistant with (1)
the laws of the City of and State of New york and (2) consistant with the
constitution of the State on both State and federally levels.

Exhibit-A herein this object suppoirts that plaintiff claims
that the CLO 370.20 which was the core of his violations was not and still
is not an official Command Level Order and Poilicy of New York City department
of coirrection.

This is by way of the defendnat own Records aceess officer and
foil oficer.

Exhibit-A also should support the Plaintiff legal Objection by
displaying that the Court should review and modify its Recommendation made

on August 5, 2022 listed as document No 101 in docket number 21-Cv-1083.

The plaintiff belives that the court Recommedation was made giving the defendnatpolciy CLO 370.20 legitmacy in regards to the implementation of the restrictions that were imposed upon the plaintiff.

With the addition to the Exhibit-A the plaintiff also reminds the Court of another exhibit that  the plaintiff submitted in his opposition to the defendnats dismissla motion that was an internal email from the Jewish Rabbi stating that he attempted to locate CLO 370.20 on the New York City Department of Corrections Intranet which is where all Command Level Orders and Polcies are located and was unable to locate such a CLO. 370.20.

The burden of propelry creating and implemention CLO's and Polcies lay on the defendnat CITY, and the Court Recommendation should not releive them of this burdan in any way , shape or form.

WHEREAS the plaintiff respectfully objects to the courts Report and Recommendation for all the reasons stated herein this response except for in the matters of defendnats Stukes and Scott. To do any otherwise would be agsisnt the words of the current United states Ag Merrick Garland, to apply the Law Fairly and Eqyaully without Favor.

RESPECTFULLY SUBMITTED

DATED   AUGUST 15, 2022
        QUENS NEW YORK 11370

ALEXANDER WILLIAMS JR

## EXTENDED CONCLUSION:

The plaintiff would like to also bring to the Courts attention that the defendnats and the Court never addressed the plaintiff's claims in regards to being placed in soltaire confinement-like setting once he was transfeered to G.R.V.C. from MDC as an act as retaliation against him.

The plaintiff listed this argeumnet in his SAC in Paragrapgh number 179 and also on pages 66 and 68. The plaintiff also added exhibits addressing this claim in exhibit Boxed in and others.

It is obvious that the Court did not address it in its Report and Recommendation because the defndants fialed to list an argument against the plaintiff claims of being placed inside of soltaire confienement illgeally.

This factor also supports the plaintiff objection in realtions to the Courts recommendation of dismising claims against the defendnat City in regards to rention for hiring , training and supervsion, whihc the plaintiff position is that a reasonable person would conlcude by the large number of defndants left that the court found liability in for numerous reasons that those defendants were not properly trained by the employer whihc in this matter happens to be the defendant CITY.

The plaintiff finally conlcude this OBJECTION be also asking the the defendnat CITY be held to answer for the claims of the plaintiff being detaineed in soltarie confienment when the state of New york has abolished this setting completely.

10

EXHIBIT-A



NEW YORK CITY DEPARTMENT OF CORRECTION
**Louis A. Molina, Commissioner**

**Christopher B. Connard**
Records Access Officer | FOIL Officer
75-20 Astoria Boulevard
East Elmhurst, New York 11370

718-546-0952
Fax 718-278-6001

June 28, 2022

Alexander Williams
141-18-01632
GRVC
09-09 Hazen Street
East Elmhurst, New York 11370

     Re: FOIL Request (Logbooks & CLO)
        FOIL #: 2022FR1809

Dear Mr. Williams:

     I write in response to your request (copy attached) dated April 11, 2022 and related to the above referenced request under the New York State Freedom of Information Law. Please see the responses below as they correspond to your request.

1.  You requested: Logbook entries from August 2021- Present day displaying the entries for breakfast, lunch, and dinner menu.

    Response: The records you are requesting are not maintained in a manner that allows for a reasonable search and as a result, this portion of your request is denied.

2.  You requested: Logbook entries from the mandated service logbook displaying that recreation was afforded daily from August 2021- present day.

    Response: The records you are requesting are not maintained in a manner that allows for a reasonable search and as a result, this portion of your request is denied.

3.  You requested: Command Level Order 370.20.

    Response: A thorough and diligent search was conducted, and there are no responsive documents.

Pursuant to the New York State Public Officers Law, Section 89(4)(a), you may, within thirty (30) days of receipt of this letter, submit an appeal to the Records Appeals Officer at records.access@doc.nyc.gov.

Very truly yours,

*/s/ Christopher B. Connard*
Christopher B. Connard
Records Access Officer

Enclosure
CBC/amt

EXHIBIT-B



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM



Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: 558187 | Date Filed: June 22, 2022 | Facility: GRVC |
|---|---|---|

| Inmate Name: Alexander Williams | Book and Case#: 141-18-01632 | Category: S.Compl'nt |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:   On Thursday June 16, 2022

Law Library Officer Leech denied me legal supplies such as type writer ribbon and typing paper 8 1/2-11, stating I will not able you anything because of your book you published against my Co-workers.

Action Requested by Inmate:   Please give 2A type writer ribbon new stack of typing paper and rescind from retaliation

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance   ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant that the legal coordinator was informed about getting Law Library Supplies to housing area 2A and his Staff  complaint is a submission not subject to the grievance process and has been forwarded to the Law Library Director for further investigation.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (5) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: X | Date: 6-29-2012 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: CJS | Date: June 22, 2022 |
|---|---|

ATTACHMENT - C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A



| Grievance Reference #: 559076 | Date Filed: June 24, 2022 | Facility: GRVC |
|---|---|---|
| Inmate Name: Alexander Williams | Book and Case#: 141-18-01632 | Category: S.Compl'nt |

From OCGS Inmate Statement Form, print or type short description of grievance:   Officer Walker notified CO

Reese that she is not delivering my discovery to me and that I was aware of the reason why this officer

(Walker) has stated in passing that she refuses to lift restrictions and limitations of my law library services

because I spoke out against her Co-workers. Note that Leech + Walker are signing unit log-book

"Law Library is on Post" but not providing full service.

Action Requested by Inmate:   Remove this officer from Law Library post, allow me access to Law Library

without limitation + Restriction.

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance   ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below.
Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant that his Staff Complaint related to Law Library staff has been forwarded to
the Warden for investigation.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: 6-29-202~ |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: CJS | Date: June 24, 2022 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## DISPOSITION FORM



Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: 558266 | Date Filed: June 22, 2022 | | Facility: GRVC |
|---|---|---|---|
| Inmate Name: Alexander Williams | Book and Case#: 141-18-01632 | | Category: S.Compl'nt |

From OCGS Inmate Statement Form, print or type short description of grievance:

On Saturday June 18, 2022 I requested from CO Walker Law Library to receive typing paper, typewriter ribbon, to view my discovery and notary which request joined by 108(a) and 108(f)(4). CO Walker response was as followed, "I'm not giving you any supplies until you unpublish your book about my Co-workers and your notary will always take place without you present. Plus fuck your case I want you to get life so you dead on your discovery." I then complain that I am Ineil status and she could check at GO office in pursuant to 108(F)(4) which she stated "Warden Renee get all your complaints and he will never go against me, you will always be restricted from Law Library as long as me and CO Leech is assigned there." this is a clear news of my book(SEE ATTACHED)

Action Requested by Inmate: Remove this offer from Law Library post, investigate this matter and provide Law Library service with full access.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance  ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant that his complaint was forwarded to Investigations Unit (ID) for further investigation.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: 6-29-2022 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: CJS | Date: June 22, 2022 |
|---|---|

ATTACHMENT C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>556317 | Date Filed:<br>June 15, 2022 | Facility:<br>GRVC |
|---|---|---|

| Inmate Name:<br>Alexander Williams | Book and Case#:<br>141-18-01632 | Category:<br>L.Library |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance: On Tuesday June 14, 2022 my access to facility Law service was limited and restricted by not allowing me to view my digital discovery. This is CO Walker making good on her promise. This is not in accordance with Law Library minimum standard. What is being used/reason for limiting or restricting my access.

Action Requested by Inmate: Please offer Law Library a pursuant to min1-08 daily Tues-Saturday. Give me reason for limitation/restrict in writing

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant the his Law Library complaint was tasked to the Law Library Director for further investigation.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
**(Failure to sign forms will forgo your right to appeal the proposed resolution.)**

☑ Yes, I accept the resolution ☐ No ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature:<br>X | Date:<br>6-29-2022 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>CJS | Date:<br>June 15, 2022 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM



Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>543514 | Date Filed:<br>April 27, 2022 | Facility:<br>GRVC |
|---|---|---|
| Inmate Name:<br>Alexander Williams | Book and Case#:<br>141-18-01632 | Category:<br>L.Library |

From OCGS Inmate Statement Form, print or type short description of grievance:  <u>My attorney has sent 3</u>

USB on 3 different occasions to me. The trailer has forwarded them to legal and I have yet to receive any

of them which has been almost 6 weeks now. GRVC failed to "Notify" me of this which clearly is due

process retaliation

Action Requested by Inmate:   Please send USB with discovery to GRVC Law Library. I start trial in 4 weeks

---

## STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance   ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

<u>OCGS infroemd the grievant that his request for his USB/discovery was forwarded to the Director of Law</u>

Library

---

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date:  5/20/20 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>CJS | Date:<br>April 27, 2022 |
|---|---|

ATTACHMENT G

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES | Form.: 7102R |
|---|---|
| **DISPOSITION FORM** | Eff.: 9/14/18<br>Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>552472 | Date Filed:<br>June 1, 2022 | Facility:<br>GRVC |
|---|---|---|

| Inmate Name:<br>Alexander Williams | Book and Case#:<br>141-18-01632 | Category:<br>S.Compl'nt |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:   I was not afforded Law Library

on Tuesday May 31, 2022 Dep Phillips was tour commander and informed that my book "The True

Untold Story of New York City's notorious Riker's Island" mentioned her to this is her pay back. Please

Take Note: that this Deputy Warden just recently lied on a MOS got him arrested and charges

were dropped by DA

Action Requested by Inmate:   Please afford Law Library daily by the schedule housing 2A

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below.
Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant that his Staff Complaint is a submission not subject to the grievance process
and has been forwarded to the Warden for further investigation.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date:<br>6|2|22 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>CJS | Date:<br>June 1, 2022 |
|---|---|

ATTACHMENT "C"

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES | Form.: 7102R |
|---|---|
| DISPOSITION FORM | Eff.: 9/14/18 |
| | Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>550944 | Date Filed:<br>May 25, 2022 | Facility:<br>GRVC |
|---|---|---|

| Inmate Name:<br>Alexander Williams | Book and Case#:<br>141-18-01632 | Category:<br>L.Library |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance: This facility is unlawfully practicing notarizing legal documents without confirmation that i am the person signing the document. This is due to the custom policy of not allowing myself to physically be present in facility law library. This is without reason(s) or notification.

Action Requested by Inmate: Allow me to physically go to facility law library to allow me to sign my legal documents in presence of Notary public.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance   ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant that his Law Library complaint was forwarded to the Director of Law Library for further investigation

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
**(Failure to sign forms will forgo your right to appeal the proposed resolution.)**

☑ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: 6/2/2022 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>CJS | Date:<br>May 31, 2022 |
|---|---|

ATTACHMENT C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

**DISPOSITION FORM**

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A



| Grievance Reference #: 565053 | Date Filed: July 14, 2022 | Facility: GRVC |
|---|---|---|

| Inmate Name: Alexander Williams | Book and Case#: 141-18-01632 | Category: S.Compl'nt |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance: Today I sent original documentation

to law library for copies at approximately 7:30pm CO Leech informed this grievant that the documentation was not in law

library this lead to a level A and numerous staff civilian and uniform being dispatched to housing unit 2A after no less

than 5 staff member searched Law Library searched and recovered my documentation. this issue is lead to a chain of

complaints that I have recorded with facility higher ups that is not being investigated and addressed. this limitations and

restrictions has affected my legal matters. This has also deterred me from turning documentation over for copies.

Action Requested by Inmate: Please remove officer Leech Law Library post please provide alternative fashion

for me to engage in law library services.

## STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance   ☒ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

<u>OCGS informed the grievant that his Staff Complaint is a submission not subject to the grievance process</u> and has been forwarded to the Warden for investigation

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☒ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: 7/14/2022 |
|---|---|
| | ☐ Preliminary Review Requested |

| Grievance Coordinator/Officer Signature: CJS | Date: July 14, 2022 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

| Grievance Reference #: 569314 | Date Filed: July 26, 2022 | Facility: GRVC – 2a |
|---|---|---|
| Inmate Name: **Williams, Alexander** | Book and Case#: **141-18-01632   NYSID# 01897858L** | Category: **Staff Related to Law Library** |

From OCGS Inmate Statement Form, print or type short description of grievance:

*"On Friday July 22, 2022 CO Walker informed this writer that she refused to allow me to utilize Law Library lap top that she knows this writer's discovery doesn't work in tablet. She also denied me copies/printout of legal case in efforts to prevent me from legal research. On Saturday CO Walker entered housing unit and announced law library services for everyone except 11 cell Williams I am preparing for trial and this limitation is reaching a level of an appealable issue. CO Walker exited unit saying Warden Rene will never remove me, you will go before I go."*

Action Requested by Inmate:

*"Please remove this officer from this post and please give me written notification as to why I am being denied to physically attend facility law library to conduct research and proper legal papers. Give me written reason why I cannot conduct my own legal research in the facility law library. Remove CO Walker from law library post."*

### STEP 1: FORMAL RESOLUTION

Check one box:  ☐ Grievance   ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

*OCGS informed Mr. Williams, Alexander that as per DOC Directive 3376R-A.II.5-6 "Staff Complaint" submissions do not fall under the purview of OCGS and that his complaints/concerns have been forwarded to the Warden's Office for investigation/resolution.*

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
**(Failure to sign forms will forgo your right to appeal the proposed resolution.)**

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

| Inmate's Signature: | Date: 7/5/22 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: *Ms. Nelson* | Date: July 27, 2022 |
|---|---|

<u>AFFIDAVIT OF SERVICE:</u>

STATE OF NEW YORK   }
COUNTY OF BRONX     }   SS:

I, ALEXANDER WILLIAMS JR,  being duly sworn deposes and says:

That I have on this 16, day of August, 2022 placed and submitted the original copy of the plaintiffs ORJECTION, to the courts Recommendation to the index number 21-CV-1083, to be duly mailed via the UNITED STATES POSTAL SERVICE,  through the institutional mailroom of the G.R.V.C. correctional facility. Said moving papers were mailed to the following concerned parties:

CLERK OF THE COURT
PRO-SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YROK
500  PEARL STREET
NEW YORK NEW YORK 10007

SWORN TO BEFORE ME THIS 16th
DAY OF AUGUST 2022
         YANA I HADJIHRISTOVA
NOTARY PUBLIC-STATE OF NEW YORK
         No. 01HA6385564
         Qualified in Queens County
NOTARY                        ER OF DEEDS
      My Commission Expires 01-07-2023

SIGNED BY
ALEXANDER WILLIAMS



Alvares Lebron
09-09 Haven St
Queens ny- 11320

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 22 PM 3:11

USM P3
SDNY

Pro-Se Intake
Clerk of Court
United States District Court
Southern district of New York
300 Pearl Street
New York, N-Y 10007

"Time Sensetive"