UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.,

       Plaintiff,

-against-

CITY OF NEW YORK et al.,

       Defendants.

21-CV-1083 (PGG) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

       The Court has received Plaintiff's letter dated August 16, 2022 at ECF 105.  Plaintiff's requests are DENIED.  The Court does not have the resources or authority to provide an economist and a psychiatrist to assist in his case.  As to Plaintiff's request seeking appointment of counsel, that request is denied without prejudice.  In civil cases such as this, an indigent litigant is not entitled to court-appointed counsel—unlike in a criminal case.  *Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986).  Plaintiff may renew his request at a later date if necessary.

       **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: August 24, 2022
       New York, New York

                      **SO ORDERED**.

                      *Katharine H. Parker*
                      **KATHARINE H. PARKER**
                      **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022