```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.,

       Plaintiff,

-against-

CITY OF NEW YORK et al.,

       Defendants.

1-21-CV-1083 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      Petitioner has filed a request for a Temporary Restraining Order. Counsel for the respondent shall submit a response by **December 2, 2022**.

      <u>**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**</u>

Dated: November 10, 2022
       New York, New York

                              **SO ORDERED**.

                              _____
                              **KATHARINE H. PARKER**
                              **United States Magistrate Judge**