USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER WILLIAMS, JR., <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK et al., <br><br> Defendants. | 1-21-CV-1083 (PGG) (KHP) <br><br> **ORDER SCHEDULING TEAMS SETTLEMENT CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A video settlement conference is scheduled on **Wednesday, March 29, 2023 at 2:00 p.m**. It is ORDERED that the Warden or other official in charge of the George R. Vierno Center (the "Facility") produce Plaintiff Alexander Williams, Jr., NYSID 01897858L, on **March 29, 2023 no later than 2:00 p.m**. to a suitable location in the Facility that is equipped with a computer with internet service, for the purpose of participating in the conference. If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers by calling (212) 805-0234. The Court is attempting to secure pro bono representation for Plaintiff at the settlement conference.

Any pro bono counsel shall file a limited appearance in this case for purposes of settlement.

The video conference will be held via Teams and the Court will send the Teams link to counsel for Defendant and pro bono counsel in advance of the conference. Pro bono counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the conference.

Defendants must send the person(s) with decision making authority to settle the matter

to the conference. Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately.

In advance of the conference, Plaintiff, through pro bono counsel, shall make a settlement demand and Defendants shall provide a response. A week prior to the conference, each side may submit a 3-page letter summarizing their settlement position and including any facts pertinent to settlement. Such letters should be submitted to the Court's posted email address and marked as a settlement submission.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: February 8, 2023
New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**