```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.,

        Plaintiff,

-against-

CITY OF NEW YORK et al.,

        Defendants.

1-21-CV-1083 (PGG) (KHP)

**ORDER REQUIRING RESPONSE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    As discussed in the February 7, 2023 conference, Defendant's deadline to respond or object to the Plaintiff's document requests is extended to **Friday, April 28, 2023**.

    **By February 21, 2023**, Defendants' counsel shall file a response to Plaintiff's recent submission requesting re-argument of the motion to dismiss as to certain individual Defendants. Additionally, Defendants' counsel is ordered to request a transcript of the February 7, 2023 conference from Transcription Services and mail a copy to the Plaintiff.

    **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: February 8, 2023
       New York, New York

                    **SO ORDERED**.

                    *Katharine H Parker*
                    _____
                    **KATHARINE H. PARKER**
                    **United States Magistrate Judge**